UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| TALK CITY, INC., | ) CHAPTER 7 |
| | ) CASE NO. 02-10861-RS |
| Debtor. | ) |
| | ) |

**AFFIDAVIT OF JEFF HUDSPETH IN SUPPORT OF CHAPTER 7
TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY
DILKS & KNOPIK, LLC AS COLLECTIONS AGENT**

Pursuant to Fed. R. Bankr. P. 2014(a) and 11 U.S.C. § 327, I, Jeff Hudspeth, being duly sworn, do hereby depose and state as follows:

1. I am a Senior Associate with Dilks & Knopik, LLC, which maintains a principal place of business at 28431 SE Preston Way, Issaquah, Washington ("D & K").

2. I hereby represent that neither I nor any member of D & K holds or represents any interest adverse to the bankruptcy estate of Talk City, Inc. (the "Debtor").

3. To the best of my knowledge, information, and belief, neither D & K nor any member of D & K has any connection with any Bankruptcy Judge in the District of Massachusetts, the Debtor, any creditor, or other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee which would render the employment of the undersigned and D & K improper.

4. I hereby represent that I and each member of my company is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

5. I hereby represent that neither I nor any member of my company have agreed to share with any person except with members of D & K, the commission to be paid for the services rendered in this case.

6. Neither I nor any member of D & K received a retainer in this case.

7. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

I DECLARE UNDER THE PENALTY OF PERJURY THAT TO THE BEST OF MY KNOWLEDGE, THE FOREGOING IS TRUE AND CORRECT.
DATED THIS ____ DAY OF MARCH, 2008.

Jeff Hudspeth

376995v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                              Chapter 7
    Talk City, Inc.,                         Bankruptcy No. 02-10861-JBR
          Debtor

DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION

    I _____Jeff Hudspeth_____, hereby declare(s) under penalty of perjury that all of the information contained in my ____Affidavit of Jeff Hudspeth in Support of Chapter 7 Trustee's Application to Employ Dilks & Knopik as Collections Agent____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7( b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: _____
                         (Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

    I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:                           Signed:_____
                                               Attorney for Affiant

377166v1